## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEREYRATH VAN,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Case No. 2:25-cv-0980 |

### JOINT STATUS REPORT AND STIPULATED ORDER

The parties submit this joint status report and stipulated order in accordance with the

Stipulated Order the Court entered on May 9, 2205 (ECF No. 15).

1.      Plaintiff's Complaint is brought pursuant to the Freedom of Information Act,

("FOIA"), 5 U.S.C. § 552 *et. seq*.

2.      The parties continue to work towards an amicable resolution of this matter.

3.      On May 15, 2025, the agency made its second production of documents

responsive to the plaintiff's FOIA request.  This production consisted of materials bates stamped

2025-ICLI-00039.082 through 2025-ICLI-00039.143.  For this production, ICE reviewed 499

pages of potentially responsive records.  ICE determined that 437 pages were nonresponsive

and/or duplicative.  The remaining 62 pages were released in full or disclosed in part pursuant to

FOIA Exemptions (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E).

4.      Defendant has completed its review and production of documents it has identified

as responsive to the Plaintiff's FOIA request.

5.      Plaintiff's counsel has represented that it believes certain responsive documents

have not been included in the agency's production. On May 23, 2025, plaintiff's counsel

provided a preliminary list of categories of documents they believe were not included in the production. Defendant is in the process of reviewing and responding to the questions articulated by plaintiff's counsel.

6.    On May 29, 2025, counsel for both parties met and conferred by Zoom about the document production.  During this call, plaintiff's counsel represented it would provide an additional written list of potentially responsive documents/ categories of documents, that they believe have not been included in the production.

7.    On June 1, 2025, plaintiff's counsel provided a written list of documents that it believes were omitted from the production. Defendant will review and respond to this and provide an update in the Parties' next Joint Status Report.

8.    Rather than have defendant respond to the Complaint while the parties continue to meet and confer, or have the parties expend their efforts briefing the propriety of an "*Open America*" stay of FOIA proceedings under 5 U.S.C. § 552(a)(6)(C), the parties desire to extend the response deadline.

9.    Therefore, the parties agree that Defendant's time to respond to the Complaint should continue to be held in abeyance while the parties continue to meet and confer.

10.    On or before July 2, 2025, the Parties shall submit to the Court a further report regarding the status of Defendant's response to Plaintiff's FOIA request.

Respectfully Submitted:

DAVID METCALF
United States Attorney

/s/ *John W. Scott*
_____
ANDREW R. FUCHS
JOHN W. SCOTT
Assistant United States Attorneys
615 Chestnut Street, Suite 1250

/s/ *Keith Armstrong*
_____
VANESSA L. STINE
KEITH ARMSTRONG
American Civil Liberties Union of
Pennsylvania

Philadelphia, PA 19106
215.861.8350
215.861.8359
Andrew.Fuchs@usdoj.gov
John.Scott@usdoj.gov

*Counsel for Defendant*

P.O. Box 60173
Philadelphia, PA 19102
215.592.1513
vstine@aclupa.org
karmstrong@aclupa.org

DAVID C. BENNION
Free Migration Project
426 E. Allegheny Ave, 306
Philadelphia, PA 19134
646.441.0741
David.Bennion@freemigrate.org

RAZEEN ZAMAN
Asian American Legal Defense and
Education Fund
99 Hudson Street, Fl. 12
New York, NY 10013
347.323.4521
rzaman@aaldef.org

*Counsel for Plaintiff*

Dated: June 2, 2025


STIPULATED APPROVED
AND SO ORDERED THIS ____
DAY OF JUNE, 2025

**BY THE COURT:**


**NITZA I. QUIÑONES
ALEJANDRO**
*Judge, United States District Court*