

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| Andrew R. Fuchs | 615 Chestnut Street, Suite 1250 |
| Assistant United States Attorney | Philadelphia, Pennsylvania 19106-4476 |
| (215) 861-8350 (direct) | (215) 861-8200 (Main) |
| Andrew.Fuchs@usdoj.gov | (215) 861-8618 (Facsimile) |

May 27, 2026

Honorable Nitza I. Quiñones Alejandro
Judge, United States District Court
14613 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744

     **RE:**   *Sereyrath Van v. USCIS*, **2:25-cv-980**

Dear Judge Quiñones Alejandro:

On May 15, 2026, the Court issued an Order (ECF No. 38) directing the Government to "file a response to this Order or provide the requested information justifying its redactions by May 29, 2026." Specifically, the Court directed the Government to address Plaintiff's concern that it had over-redacted its final production to the point of being unresponsive to his requests and suggested the Government provide a *Vaughn* index explaining its redactions.

After further consideration, the Government revised its redactions to reveal as much of the text of the documents possible. The Government also created a *Vaughn* index for the remaining redactions. The revised documents and *Vaughn* index were exchanged with Plaintiff's counsel on May 20, 2026.

If the Court requires additional information, I will be happy to provide it.

     Respectfully yours,

     DAVID METCALF
     United States Attorney

     */s/ Andrew R. Fuchs*
     ANDREW R. FUCHS
     Assistant United States Attorney

cc:     All parties of record (via ECF)